## STATE OF MARYLAND *v*. FRED F. BLANKEN

[No. 13, September Term, 1971.]

*Decided March 11, 1971.*

Before MURPHY, C.J., and MORTON, ORTH, MOYLAN, and POWERS, JJ.

*Edward F. Borgerding* and *Thomas J. Kenney, Jr.,
Assistant Attorneys General,* with *Francis B. Burch, Attorney General,* and *Raymond G. Thieme, State's Attorney for Anne Arundel County,* on the brief, for appellant.

*Jules Fink* for appellee.

PER CURIAM: For reasons to be stated in an opinion to be filed later, it is, this 11th day of March, 1971, by the Court of Special Appeals of Maryland, ORDERED that the order of the Circuit Court for Anne Arundel County of February 19, 1971, granting the motion for dismissal of the charge against the appellee be, and it is hereby reversed, and the case remanded for further proceedings, and it is hereby declared that Article 66½ of the Annotated Code of Maryland (as found in 1967 Replacement Volume, 1969 Supplement and 1970 Interim Supplement), repealed by Chapter 534 of the Acts of 1970, was effective up to the time of taking effect of the new Article 66½ enacted by that same chapter to stand in its place. The mandate shall issue forthwith. Costs to be paid by the County Council of Anne Arundel County.